| | |
|---|---|
| Paul Oudom | Louis Leonard Galvis |
| LAW OFFICES OF ERIC F. FAGAN | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP |
| 2300 Boswell Road, Suite 211 | 645 Stonington Lane |
| Chula Vista, CA 91914 | Fort Collins, CO 80525 |
| Tel.: (619) 656-6656 | Tel.: (970) 223-4420 |
| Fax: (775) 898-5471 | Fax: (970) 223-4490 |
| E-mail: paul@efaganlaw.com | E-mail: lgalvis@sessions-law.biz |
| | |
| Attorneys for Plaintiff | Debbie P. Kirkpatrick |
| | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP |
| | 3667 Voltaire Street |
| | San Diego, CA 92106 |
| | Tel: (619) 758-1891 |
| | Fax: (619) 222-3667 |
| | E-mail: dkirkpatrick@sessions-law.biz |
| | |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED E. THOMAS, ) | Case No. SACV 09-166 JVS (RNBx) |
| ) | |
| Plaintiff, ) | |
| vs. ) | JOINT MOTION FOR CONTINUANCE |
| ) | OF SETTLEMENT CONFERENCE |
| NCO FINANCIAL SYSTEMS, INC., *et* ) | |
| *al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COME NOW Plaintiff Fred E. Thomas and Defendant NCO Financial Systems, Inc., by and through their respective undersigned counsel, and as their Joint Motion for Continuance of Settlement Conference, state and allege as follows:

1. This civil action is currently set for a settlement conference to be held on September 8, 2009 before the Magistrate Judge.

2. In anticipation of the settlement conference, the parties, through their counsel, have had several discussions regarding the facts of the case, the relative merits of each party's claims or defenses, and the prospects for settlement of this case, and they have exchanged letters advising each other of the terms upon which each party is prepared to settle the case at this time.

3. The parties remain far apart in their respective settlement positions and have concluded that further discovery, including the depositions of the parties, is necessary before the parties can engage in more productive settlement negotiations.

4. Accordingly, the parties believe that at this time the case is not ripe for settlement, and that proceeding with the settlement conference as scheduled will not be a productive use of the Magistrate Judge's and the parties' time.

WHEREFORE, plaintiff Fred E. Thomas and defendant NCO Financial Systems, Inc. respectfully request that the Court continue without date the settlement conference that is currently scheduled for September 8, 2009, so as to allow the parties to conduct further discovery and more productive settlement negotiations at a later date.

Respectfully submitted,

Dated: August 26, 2009

| Law Offices of Eric F. Fagan | Sessions, Fishman, Nathan & Israel, LLP |
|---|---|
| s/ Paul Oudom | s/ Debbie P. Kirkpatrick |
| Paul Oudom | Debbie P. Kirkpatrick |
| Attorneys for Plaintiff | Attorneys for Defendants |