Eric F. Fagan, Esq. (SBN 87071)
Paul Oudom, Esq. (SBN 237672)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Road, Suite 211
Chula Vista, CA  91914
Tel:   619/656-6656
Fax:   775/898-5471
E-mail: paul@efaganlaw.com

Attorneys for Plaintiff

Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Louis Leonard Galvis, Esq. (CO SBN 32885)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
645 Stonington Lane
Fort Collins, CO  80525
Tel:   970/223-4420
Fax:   970/223-4490
lgalvis@sessions-law.biz

Attorneys for Defendants NCO Financial Systems, Inc. and NCO Portfolio Management, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED E. THOMAS, an individual,<br><br>            Plaintiff,<br><br>   vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a corporation; NCO PORTFOLIO MANAGEMENT, INC., a Delaware corporation, and Does 1-10, inclusive,<br><br>            Defendants. | Case No.: SACV 09-166 JVS (RNBx)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between Plaintiff, Fred E. Thomas, and Defendants, NCO Financial Systems, Inc. and NCO Portfolio Management, Inc., through their designated counsel of record, as follows:

Plaintiff and Defendants have reached a settlement of this action and the action shall therefore be dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO STIPULATED.

Dated: 10/5/09            LAW OFFICES OF ERIC F. FAGAN

/s/ Eric F. Fagan
Eric F. Fagan
Attorney for Plaintiff
Fred E. Thomas

Dated: 10/5/09            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendants
NCO Financial Systems, Inc. and NCO Portfolio Management, Inc.