UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED E. THOMAS, an individual, | Case No.: SACV 09-166 JVS (RNBx) |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., a corporation; NCO PORTFOLIO MANAGEMENT, INC., a Delaware corporation, and Does 1-10, inclusive, | |
| Defendants. | |

Based on the stipulation of the parties, Plaintiff, Fred E. Thomas, and Defendants, NCO Financial Systems, Inc. and NCO Portfolio Management, Inc., filed herein pursuant to Fed. R. Civ. P. 41(a)(1),

///

///

///

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice.

Dated:

_____
Hon. James V. Selna
United States District Judge