JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED E. THOMAS, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a corporation; NCO PORTFOLIO MANAGEMENT, INC., a Delaware corporation, and Does 1-10, inclusive,<br><br>  Defendants. | Case No.: SACV 09-166 JVS (RNBx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based on the stipulation of the parties, Plaintiff, Fred E. Thomas, and Defendants, NCO Financial Systems, Inc. and NCO Portfolio Management, Inc., filed herein pursuant to Fed. R. Civ. P. 41(a)(1),

///

///

///

[Proposed] Order of Dismissal with Prejudice

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice.

Dated: October 06, 2009

_____
Hon. James V. Selna
United States District Judge